UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY SINGLETARY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CFC DAVID PINTO and UNION<br>TOWNSHIP POLICE DEPT.,<br><br>　　　　　　　　　　Defendants. | :<br>:　Civil Action No. 10-2688 (SRC)<br>:<br>:　　　　ORDER<br>: |

**CHESLER**, District Judge

　　**IT APPEARING** that on or about May 25, 2010, Plaintiff pro se Gregory Singletary ("Plaintiff") submitted to this Court for filing a Complaint; and it further

　　**APPEARING** that the Clerk of the Court will not file a Complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915;[1] and it further

　　**APPEARING** that the filing fee for a civil complaint is $**350.00**;[2] and it further

　　**APPEARING** that Plaintiff's May 25, 2010 submission was not accompanied by either the required filing fee or by an application to proceed in forma pauperis, supported by an affidavit of poverty as required by statute;[3] and it further

---

[1] See Local Civil R. 5.1(f).

[2] See 28 U.S.C. § 1914(a).

[3] 28 U.S.C. § 1915(a).

**APPEARING** that on June 10, 2010 this Court issued an Order that Plaintiff may have the above-captioned case reopened if, within 30 days of the date of the entry of this Order, Plaintiff either pre-pays the $350.00 filing fee or files with the Clerk a completed application to proceed in forma pauperis, properly supported by an affidavit of poverty, as required by 28 U.S.C. § 1915(a); and it further

**APPEARING** that on June 18, 2010, Plaintiff filed with the Clerk a completed application to proceed in forma pauperis, properly supported by an affidavit of poverty;

**IT IS** on this 24th day of June, 2010, hereby

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §1915(a); and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without pre-payment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

s/ Stanley R. Chesler<br>
Stanley R. Chesler, U.S.D.J